1  LAW OFFICES OF JULIE M. MCCOY
   JULIE M. MCCOY, Bar no. 129640
2  JACQUELYNE M. NGUYEN, Bar no. 249658
   1670 SANTA ANA AVE., SUITE "K"
3  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
4  Fax: (949) 722-8416

5  Attorney for: PLAINTIFF

6

7

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    | No. CV A 12-00045
12 |          Plaintiff,          |
13 |       vs.                    | CONSENT JUDGMENT
14 | Richard Taylor, aka          |
15 | Richard Fareed,              |
16 |          Defendant           |

17     Pursuant to the above stipulation of the parties,
18 Judgment is hereby entered in favor of Plaintiff, UNITED
19 STATES OF AMERICA, against Defendant, Richard Taylor, aka
20 Richard Fareed, in the principal amount of $2,620.21 plus
21 interest accrued to December 28, 2011, in the sum of
22 $5,076.01; with interest accruing thereafter at 7% annually
23 until entry of judgment, administration costs in the amount
24 of $0.00, for a total amount of **$7,696.22**.

25

26 DATED: 3/22/2012              By:    Terry Nafisi
                                       Clerk of the Court
27
                                       A. Martinez
28                                     Deputy Clerk
                                 United States District Court

Page 5